UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AUSTIN THOMAS RIDDLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:16-cv-03272 |
| | ) CHIEF JUDGE CRENSHAW |
| CITY OF MURFREESBORO, et al., | ) ) |
| Defendants. | ) |

# ORDER

Before the Court is the Motion of Defendant Mike Robinson for Entry of Final Order of Dismissal. (Doc. No. 37.) The Clerk previously filed an Entry of Judgment that was "in full and final resolution of all issues raised in Plaintiff's Complaint and asserted against [Defendant Robinson]." (Doc. No. 30.) Accordingly, Defendant Robinson's motion (Doc. No. 37) is **DENIED AS MOOT**. The Clerk is **DIRECTED** to terminate Mike Robinson as a Defendant on the docket sheet.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE